NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT DAVIS,
a/k/a ROBERT LEE DAVIS, JR.,

      Appellant,

v.

                Case No. 2D18-2403

STATE OF FLORIDA,

      Appellee.

Opinion filed February 15, 2019.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Robert Davis, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Donna S. Koch, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


      Affirmed.


KELLY, VILLANTI, and BLACK, JJ., Concur.